# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** MAGISTRATE JUDGE LEVY         **DATE:** Nov. 17, 2015

_15 CR 585_                                United States v. Roger Huguet

**DEFENDANT:** Roger Huguet

   _X_ present ___ not present         ___ cust.      ___ bail

**DEFENSE COUNSEL:** Ronald White

   _X_ present ___ not present         ___ CJA  _X_ RET  ___ FD

**AUSA:** Amanda Hector, Keith Edelman        **CLERK:** Jared Goldman

**Court Reporter:** Lisa Schmid

**RECORDING START AND END TIME:** n/a

_X_ CASE CALLED          _X_ DEFT'S FIRST APPEARANCE
DEFT: _X_ SWORN   _X_ ARRAIGNED   _X_ INFORMED OF RIGHTS

- _X_ WAIVER OF INDICTMENT FILED
- _X_ INFORMATION FILED
- _X_ DEFT ENTERS GUILTY PLEA TO COUNT(S) 1, 2, 3 OF THE INFORMATION
- ___ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT(s) _____ OF THE (SUPERSEDING) INDICTMENT/INFORMATION
- _X_ COURT FINDS FACTUAL BASIS FOR THE PLEA
- _X_ SENTENCING CONTROL DATE SET FOR June 24, 2015 AT 10AM BEFORE J. Dearie
- ___ SENTENCING TO BE SET BY PROBATION
- ___ BAIL: ___ SET   ___ CONT'D FOR DEFT.   ___ CONT'D IN CUSTODY
- ___ CASE ADJOURNED TO _____ AT _____
- ___ (SEALED) TRANSCRIPT ORDERED
- _X_ BOND ISSUED

**OTHER:** Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and

**voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.**