# MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

November 27, 2018

Writer's Direct Contact
+1 (212) 468.8016
RWhite@mofo.com

By ECF Filing

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Roger Huguet*, 15 CR 585 (PKC)

Dear Judge Chen:

   We represent defendant Roger Huguet in the above-referenced case before the Court. We submit this letter to request an adjournment of Mr. Huguet's sentencing date. The government has advised defense counsel that it consents to this request.

   Mr. Huguet's sentencing is currently scheduled for December 11, 2018. We respectfully request that the sentencing be adjourned to a date convenient for the Court approximately six months from now.

   This is the sixth request for an adjournment of Mr. Huguet's sentencing. All the prior requests were consented to by the government and granted by the Court.

Respectfully submitted,

Ronald G. White

cc:   AUSA David Pitluck (via ECF)
      AUSA Samuel Nitze (via ECF)
      AUSA Keith Edelman (via ECF)

ny-1352711 v1